JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUTIERREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC., and DOES 1-100,,<br><br>        Defendants. | Case No.  CV 15-3632-GW(JEMx)<br><br>Assigned for all purposes to:<br>Hon. George H. Wu<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice in its entirety.  Each party is to bear their own costs and attorneys' fees.

Dated this 16th day of November, 2015.

_____
GEORGE H. WU, U.S. DISTRICT JUDGE